UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6
O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5163 CAS (RZx) | Date | September 22, 2009 |
|---|---|---|---|
| Title | AMANDA U. AJULUCHUKU-LEVY v. SUPER SHUTTLE TRANSPORTATION; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

Not Present                                              Not Present

**Proceedings:**   **(In Chambers): DEFENDANTS' MOTION TO DISMISS FRIVOLOUS *IN FORMA PAUPERIS* PROCEEDING** (filed 09/03/09)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of September 28, 2009, is hereby vacated, and the matter is hereby taken under submission.

Having filed approximately 28 complaints in the district, plaintiff Amanda U. Ajuluchuku-Levy was declared a vexatious litigant in the Central District of California on September 8, 2009 by Judge Dale S. Fischer. Accordingly, this Court issued an order stating that plaintiff may proceed against any defendant in this action on the filing of security in the amount of $5,000 by September 29, 2009. On September 14, 2009, plaintiff responded that she cannot post the required security.

Accordingly, for good cause the Court dismisses plaintiff's complaint without prejudice.

IT IS SO ORDERED.

                                                                    00   :   00
                                  Initials of Preparer          CMJ